RICH MICHAELSON MAGALIFF MOSER, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff, Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 7
ELIZABETH ROSENBALTT,                               :    Case No. 17-22533 (RDD)
                                                    :
                    Debtor.                         :
------------------------------------------------------------x

## NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE BANKRUPTCY ESTATE

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that in accordance with 11 U.S.C. § 554(a), Rule 6007 of the Federal Rules of Bankruptcy Procedure and Rule 6007-1 of the Local Bankruptcy Rules of the Southern District of New York, Howard P. Magaliff, the chapter 7 interim trustee ("Trustee") of the estate of Elizabeth Rosenblatt (the "Debtor"), intends to abandon the estate's right, title and interest in and to the Debtor's interest as a joint tenant with rights of survivorship in the real property known as 22 Hillside Court, Suffern, NY (the "Property") as having inconsequential value. The Trustee has determined in the exercise of his business judgment that there is no equity in the Property to administer for the benefit of creditors.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Trustee's proposed abandonment of the Property must be in writing and filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), with a copy to the Hon. Robert D. Drain's Chambers, and served upon (i) Rich Michaelson Magaliff Moser, LLP, 335 Madison Avenue, 9th Floor, New York, NY 10017 (Attn: Howard P. Magaliff, Esq.), and

{00018333v1 }

(ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Susan Golden, Esq.) so as to actually be received by no later than **5:00 p.m. on July 5, 2017** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed, a hearing to consider such objections may be scheduled by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections are received by the Objection Deadline, the abandonment of the Assets will be effective as of 12:01 a.m. on July 6, 2017 without further notice or order of the Bankruptcy Court in accordance with applicable bankruptcy law.

Dated:   New York, New York
         June 20, 2017

RICH MICHAELSON MAGALIFF
MOSER, LLP
Attorneys for the Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.753.7851
hmagaliff@r3mlaw.com